IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO. H- |
| | § | |
| CHARMINE GODINE, | § | |
| HAROLD CHANEY, | | |
| FRANK CHANEY, | | |
| DANIEL CALDERON, | | |
| DARNISHA STILLS, and | | |
| DANIYALE LARRY | | |

18 CR 672

United States Courts
Southern District of Texas
FILED

NOV 28 2018

David J. Bradley, Clerk of Court

## INDICTMENT

The United States Grand Jury charges:

## INTRODUCTION

At all times material to this indictment the following facts are applicable to all counts:

1. Tele-check-First Data (Telecheck) was a check processing company with servers located outside the State of Texas. All processing of checks was done through electronic communications routed through Chandler Arizona or Omaha Nebraska.

2. Certegy Payment Solutions (Certegy) was a check processing company with servers located outside the State of Texas. All processing of checks was done through electronic communications routed through St. Petersburg Florida or Brown Deer Wisconsin.

1

## COUNT I
## CONSPIRACY TO COMMIT WIRE FRAUD
## (18 U.S.C. 1343 & 1349)

## THE CONSPIRACY AND ITS OBJECT

3. From in or near January 2014 to on or about the present, in the Southern District of Texas,

**CHARMINE GODINE,
HAROLD CHANEY,
FRANK CHANEY,
DANIEL CALDERON, and
DARNISHA STILLS**

defendants herein, did knowingly combine, conspire, confederate, and agree with others known and unknown to devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, affecting Tele-check and Certegy, and in the execution of said scheme and artifice, transmitted or cause to be transmitted by means of wire in interstate commerce, writings, signs, signals, pictures and sounds for the purpose of executing said scheme or artifice to defraud in violation of Title 18, United States Code, Section 1343.

## MANNER AND MEANS OF THE CONSPIRACY

It was part of the conspiracy that:

4. A co-conspirator obtained checking account information from legitimate businesses and provided the information to Charmine Godine and Harold Chaney.

5. Defendants, Charmine Godine, Harold Chaney and others used the checking account information to create counterfeit checks.

6. Defendants Charmine Godine, Harold Chaney, and Darnisha Stills, obtained identification documents of individuals, without their consent, as part of the scheme to pass counterfeit checks.

7. Defendants, Charmine Godine, Harold Chaney, Frank Chaney, Darnisha Stills, Daniel Calderon and others purchased merchandise from businesses located in the Southern District of Texas using the counterfeit checks and stolen identifications.

8. Defendants, Charmine Godine, Harold Chaney, Frank Chaney, Daniel Calderon, Darnisha Stills and others rented vehicles to transport large items, such as appliances, equipment and building materials that were purchased with counterfeit checks.

9. The Defendants and others associated with the scheme fraudulently obtained over 800 identifications of individuals and made over 44,000 counterfeit checks. Many of the counterfeit checks were processed through Tele-check and Certegy with an intended loss of over $6,000,000 and an actual loss of over $1,300,000 as a result of this scheme.

## OVERT ACTS

10. In furtherance of the conspiracy, and to affect the object of the conspiracy, the following overt acts, among others, were committed in the Southern District of Texas and elsewhere:

a. From on or around January 1, 2017 to June 21, 2018, Harold Chaney contacted a co-defendant to obtain checking account information.

b. On or about August 4, 2017, Charmine Godine received checking account information from Harold Chaney.

c. On or about September 22, 2017, Darnisha Stills purchased about $8000 in goods from Home Depot with a counterfeit check provided by Charmine Godine.

d. On or about November 19, 2017, Darnisha Stills purchased over $3000 in goods from a Home Depot on Highway 6, Houston, Southern District of Texas with a counterfeit check provided by Charmine Godine.

e. On or about January 28, 2018, Darnisha Stills purchased a pressure washer from Northern Tool Equipment in Houston, Southern District of Texas with a counterfeit check.

f. On or about January 28, 2018, Darnisha Stills passed a counterfeit check at Northern Tool Equipment with the stolen identification of M.M. obtained from Charmine Godine.

g. On or about January 28, 2018, Harold Chaney, Frank Chaney, and Daniel Calderon moved the illegally obtained pressure washer at 7638 S. Glen Willow Ln, Missouri City.

h. On or about February 12, 2018, Charmine Godine and a co-conspirator passed a counterfeit check for over $3000 to purchase housing shingles from Home Depot in League City, Southern District of Texas.

i. On or about February 12, 2018, Daniel Calderon transported over $3000 in roofing shingles from Home Depot in League City, Southern District of Texas, which were paid for with a counterfeit check.

j. On or about February 16, 2018, Harold Chaney entered the garage at 7638 S. Glen Willow Ln, Missouri City, Southern District of Texas and obtained a box with a HP logo and loaded it into his car.

k. On or about February 23, 2018, Harold Chaney and Charmine Godine placed an illegally obtained Samsung washer into the garage at 7638 S. Glen Willow Ln, Missouri City, Southern District of Texas.

l. On or about February 23, 2018, Harold Chaney and Daniel Calderon loaded the Samsung washer onto a truck.

m. On or about February 28, 2018, Charmine Godine, Frank Chaney, and Daniel Calderon attempted to pass a counterfeit check at a Home Depot located near Sam Houston Parkway, Southern District of Texas.

n. On or about February 28, 2018, Frank Chaney attempted to pass a counterfeit check to purchase roofing shingles at Lowes in Webster, Texas.

o. On or about February 28, 2018, Frank Chaney, Daniel Calderon, and Charmine Godine attempted to purchase roofing shingles at Lowes in Webster, Texas, but fled the scene when confronted by store management.

p. On or about March 1, 2018, a conspirator moved a large orange duffel bag containing stolen identification documents at 7638 S. Glen Willow Ln, Missouri City, Southern District of Texas.

q. On or about March 20, 2018, Charmine Godine secreted counterfeit checks and stolen identifications at 7638 S. Glen Willow Ln, Missouri City, Southern District of Texas.

r. On or about March 20, 2018, Harold Chaney secreted stolen identifications in a storage unit a self storage unit on West Fuqua, Houston, Southern District of Texas.

All in violation of Title 18, United States Code section 1349.

# COUNTS 2-6
# (AIDING AND ABETTING POSSESSION OF FORGED SECURITIES)
# (18 U.S.C. § 513 & 2)

## A. THE SCHEME TO DEFRAUD

1. From on or about January 2017 through on or about April 2018, in the Houston Division of the Southern District of Texas, and elsewhere,

**CHARMINE GODINE,
HAROLD CHANEY,
FRANK CHANEY,
DANIEL CALDERON,
DARNISHA STILLS, and
DANIYALE LARRY**

Defendants, aided and abetted by others known and unknown to the Grand Jury, did knowingly, with intent to deceive another person or organization, make, possess, pass and attempt to pass a counterfeited and forged security of an organization, in violation of Title 18, United States Code, Section 513(a).

## B. MANNER AND MEANS OF THE SCHEME TO DEFRAUD

2. The defendants created and produced counterfeit checks.

3. The defendants stored the counterfeit checks at a house on S. Glen Willow Ln, Missouri City, Texas and in a self-storage facility located at 5755 W. Fuqua St. Houston.

4. The defendants obtained stolen driver's licenses and other identification, which they used as the fictitious account holders on the checks they produced.

5. The defendants used the counterfeit checks and the stolen identifications to unlawfully purchase merchandise from stores.

C.  **EXECUTION OF THE SCHEME**

6. On or about the dates set forth below, in the Houston Division of the Southern District of Texas and elsewhere, for the purpose of executing the scheme and artifice to defraud, the defendants possessed, counterfeit securities of an organization, as described in the counts below:

| COUNT | DATE | APPROXIMATE AMOUNT OF CHECK | STORE | ORGANIZATION |
|---|---|---|---|---|
| TWO | 08/20/17 | $952.57 | Office Depot | Hometown Bank N.A. |
| THREE | 11/17/17 | $ 3,637.12 | Home Depot | Bank One |
| FOUR | 01-28-18 | $4113.49 | Northern Tool Equipment | J.P. Morgan Chase |
| FIVE | 02-12-18 | $3798.14 | Home Depot | Wallis State Bank |
| SIX | 03-13-18 | $3903.93 | Home Depot | Bank of America |

In violation of Title 18, United States Code, Section 513(a) and Title 18, United States Code section 2.

# COUNT 7
## (POSSESSION OF FORGED SECURITIES)
## (18 U.S.C. § 513)

On or about March 1, 2018 in the Southern District of Texas, the defendant,

**DANIYALE LARRY**

did knowingly possess a counterfeit or forged security of an organization, which operates in and the activities of which, affect interstate or foreign commerce, with the intent to deceive another person or organization in violation of Title 18, United States Code, Section 513(a).

TRUE BILL

ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

RYAN PATRICK
United States Attorney

By: *(signature)*
Jim McAlister
Assistant United States Attorney
(713) 567-9573